# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

| | |
|---|---|
| **In Re:** | **Chapter:** 13 |
| David C Mize | |
| 2206 Waters Edge Drive | |
| Newark, DE 19702 | |
| **SSN:** xxx−xx−6283 | **Case No.:** 18−11614−BLS |

## NOTICE OF TRUSTEE SUBSTITUTION

Effective April 1, 2022, Michael B. Joseph is no longer serving as the Standing Chapter 13 Trustee for the District of Delaware. William F. Jaworski, Jr. is hereby appointed as the Standing Chapter 13 Trustee by the Office of the United States Trustee.

The physical and payment addresses remain unchanged.

_Una O'Boyle_

Una O'Boyle, Clerk of Court

Dated: 3/31/22
(VAN−497)

United States Bankruptcy Court
District of Delaware

In re:  Case No. 18-11614-BLS
David C Mize  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0311-1 | User: admin | Page 1 of 3
Date Rcvd: Apr 01, 2022 | Form ID: van497 | Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol  Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | David C Mize, 2206 Waters Edge Drive, Newark, DE 19702-6332 |
| 12547485 | + | Bank of America, Corporate Center, 100 North Tryon Street, Charlotte, NC 28255-0001 |
| 12693847 | | Bank of America, PO BOX 31785, Tampa, FL 33631-3785 |
| 12547489 | + | Chase N. Miller, McCabe Weisberg & Conway, P/C., 1407 Foulk Road, Suite 102, Wilmington, DE 19803-2762 |
| 12547737 | + | Department of Labor, Division of Unemployment Insurance, P.O. Box 9953, Wilmington, DE 19809-0953 |
| 12547490 | + | Elwood T. Eveland, 715 N. King Street, Suite 200, Wilmington, DE 19801-3551 |
| 12547491 | + | Geena Khomenko George, Losco & Marconi, P.A., 1813 N. Franklin Street, P.O. Box 1677, Wilmington, DE 19899-1677 |
| 12547492 | + | Justice of the Peace Court #13, Docket No. JP13-10-014237, 2 Penns Way, Suite 203, New Castle, DE 19720-2407 |
| 12547486 | + | New Castle County Sewer Service, P.O. Box 470, Bear, DE 19701 |
| 12547487 | + | Schagrin Gas Co., 1000 North Broad Street, Middletown, DE 19709-1062 |
| 12547488 | + | Suez Water, P O Box 371804, Pittsburgh, PA 15250-7804 |
| 12547493 | + | Superior Court, Docket No. N15C-07-210, 500 N. King Street, Wilmington, DE 19801-3704 |
| 12547483 | + | Waters Edge Condo Association, 2300 Waters Edge Drive, Newark, DE 19702-6355 |
| 12547484 | + | Waters Edge Condo Council, 2300 Waters Edge Drive, Newark, DE 19702-6355 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: REV_Bankruptcy_General@state.de.us | Apr 02 2022 03:03:00 | State of Delaware Division of Revenue, P O Box 8763, Wilmington, DE 19899-8763 |
| 12692126 | + | Email/Text: g20956@att.com | Apr 02 2022 03:12:00 | AT&T Mobility II LLC, % AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ 07921-2693 |
| 12547485 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Apr 02 2022 02:39:10 | Bank of America, Corporate Center, 100 North Tryon Street, Charlotte, NC 28255-0001 |
| 12693847 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 02 2022 02:17:47 | Bank of America, PO BOX 31785, Tampa, FL 33631-3785 |
| 12657651 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 02 2022 02:50:02 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 12547737 | + | Email/Text: michael.brittingham@delaware.gov | Apr 02 2022 02:38:00 | Department of Labor, Division of Unemployment Insurance, P.O. Box 9953, Wilmington, DE 19809-0953 |
| 12689050 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 02 2022 02:50:18 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 12547735 | + | Email/Text: Bankruptcy@newcastlede.gov | Apr 02 2022 02:37:00 | New Castle County/Law, Attention: Bill Weisel, 87 Reads Way, New Castle, DE 19720-1648 |
| 12692871 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 02 2022 02:50:48 | Portfolio Recovery Associates, LLC, POB 41067, |

| District/off: 0311-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 01, 2022 | Form ID: van497 | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| | | | | Norfolk, VA 23541 |
| 12690582 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 02 2022 03:05:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, Po Box 7999, St. Cloud, MN 56302-7999 |
| 12547736 | + | Email/Text: REV_Bankruptcy_General@state.de.us | Apr 02 2022 03:03:00 | State of Delaware, Division of Revenue, 820 N. French Street, 8th Floor, Wilmington, DE 19801-3509 |
| 12622772 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 02 2022 02:50:02 | The Bureaus, Inc., c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13657780 | + | Email/Text: mtgbk@shellpointmtg.com | Apr 02 2022 02:21:00 | U.S. Bank National Association, not in its individ, P.O. Box 10826, Greenville, SC 29603-0826 |
| 12547738 |   | Email/Text: usade.ecfbankruptcy@usdoj.gov | Apr 02 2022 02:36:00 | Ellen Slights, Assistant US Attorney, P.O. Box 2046, Wilmington, DE 19899-2046 |
| 12692754 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 02 2022 03:06:51 | Verizon by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Citibank, N.A., not in its individual capacity but |
| cr | *+ | The Bureaus, Inc., c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | U.S. Bank National Association, not in its individ, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2022            Signature:            /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amy D. Brown | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing abrown@gsbblaw.com |
| Angeline M Kogut | on behalf of Creditor State of Delaware Division of Revenue angeline.kogut@delaware.gov |
| Chad Joseph Toms | on behalf of Creditor Water's Edge Condominium Inc. ctoms@wtplaw.com, clano@wtplaw.com;trogers@wtplaw.com;cfitzgerald@wtplaw.com |
| Edward Kosmowski | on behalf of Creditor State of Delaware Division of Revenue Edward.Kosmowski@Delaware.gov |

| District/off: 0311-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 01, 2022 | Form ID: van497 | Total Noticed: 26 |

Frances Gauthier
    on behalf of Debtor David C Mize francesgauthier@lscd.com mike@lscd.com

Janet Z. Charlton
    on behalf of Creditor Bank of America N.A. de-ecfmail@mwc-law.com, de-ecfmail@ecf.inforuptcy.com

Janet Z. Charlton
    on behalf of Creditor BANK OF AMERICA N.A. de-ecfmail@mwc-law.com de-ecfmail@ecf.inforuptcy.com

Kristi J. Doughty
    on behalf of Creditor BANK OF AMERICA N.A. de-ecfmail@mwc-law.com de-ecfmail@ecf.inforuptcy.com

Kristi J. Doughty
    on behalf of Creditor Bank of America N.A. de-ecfmail@mwc-law.com, de-ecfmail@ecf.inforuptcy.com

Michael B. Joseph - Chapter 13 Trustee
    on behalf of Trustee Michael B. Joseph - Chapter 13 Trustee mjoseph@ch13de.com chapter13@ch13de.com

Michael B. Joseph - Chapter 13 Trustee
    mjoseph@ch13de.com chapter13@ch13de.com

U.S. Trustee
    USTPRegion03.WL.ECF@USDOJ.GOV

William F Jaworski, Jr
    wjaworski@ch13de.com

TOTAL: 13